UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SABINSA CORPORATION, | : | |
| Plaintiff, | : | Hon. Dennis M. Cavanaugh |
| v. | : | **ORDER** |
| | : | Civil Action No: 04-4239 (DMC) |
| CREATIVE COMPOUNDS, LLC, | : | |
| Defendant. | : | |

<u>DENNIS M. CAVANAUGH, U.S.D.J.</u>:

This matter comes before this Court following a reversal and remand by the Court of Appeals for the Third Circuit, decided before Circuit Judges Roth and Ambro and District Judge Fischer, sitting by designation. The Third Circuit instructed this Court to enter judgment in favor of Sabinsa Corporation on its trademark infringement and unfair competition claims and for other proceedings not inconsistent with the Opinion. After considering the submissions of the parties, and based upon the Court's Opinion filed this day;

IT IS <u>25th</u> day of July, 2011;

**ORDERED** that judgment is entered in favor of Plaintiff as to trademark infringement and unfair competition claims; and

**ORDERED** that Defendant will disgorge profits to Plaintiff in the amount of $139, 388.40; and

**ORDERED** that Plaintiff's motion for an award of attorney's fees is **denied.**

S/ Dennis M. Cavanaugh
Dennis M. Cavanaugh, U.S.D.J.

Original: Clerk
cc: All Counsel of Record
    Hon. Joseph A. Dickson, U.S.M.J.
    File