NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SABINSA CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> CREATIVE COMPOUNDS, LLC <br><br> Defendant. | Hon. Dennis M. Cavanaugh <br><br> **ORDER** <br><br> Civil Action No. 04-4239 (DMC)(MF) |

DENNIS M. CAVANAUGH, U.S.D.J.

This matter having come before the Court on the Motion of Defendant Creative Compounds ("Defendant") to Alter or Amend Judgment or in the Alternative for a New Trial (ECF No. 100), and the Court having reviewed the submissions of the parties, and based upon the Court's Opinion filed this day;

IT IS on this 23 day of January, 2012;

**ORDERED** that Defendant's Motion is **denied**.

_____
Dennis M. Cavanaugh, U.S.D.J.

Orig.:    Clerk
cc:       All Counsel of Record
          Hon. Mark Falk, U.S.M.J.
          File