NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SABINSA CORPORATION, | Hon. Dennis M. Cavanaugh |
| Plaintiff, | ORDER |
| v. | Civil Action No. 04-4239 (DMC)(MF) |
| CREATIVE COMPOUNDS, LLC | |
| Defendant. | |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter having come before the Court on the Motion of Defendant Creative Compounds ("Defendant") to Alter or Amend Judgment or in the Alternative for a New Trial (ECF No. 100), and the Court having reviewed the submissions of the parties, and based upon the Court's Opinion filed this day;

IT IS on this 23 day of January, 2012;

**ORDERED** that Defendant's Motion is **denied**.

Dennis M. Cavanaugh, U.S.D.J.

Orig.:     Clerk
cc:         All Counsel of Record
            Hon. Mark Falk, U.S.M.J.
            File